FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estates of ALBERT ANDERSEN and Others, Deceased, Appellant, *v.* BETHLEHEM STEEL Co., Respondent, et al., Defendants.

Submitted May 26, 1952; decided July 15, 1952.

*Irving Frank* and *Jacob Rassner* for motion.

*Harold R. Medina, Jr.,* opposed.

Motion dismissed, with $10 costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution.